# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Edgar CONTRERAS,<br><br>　　　　　　　　Defendant. | Case No.:  25-mj-03784<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding<br>Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 8, 2025, within the Southern District of California, Edgar CONTRERAS did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit a Department of Homeland Security Investigations Special Agent E. Jordan, where such acts involved physical contact, to wit: defendant violently struck Agent E. Jordan with a vehicle door, while the agent was engaged in the performance of their official duties in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Special Agent Luis Martinez
　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9rd day of July 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Michael S. Berg
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## STATEMENT OF FACTS

The complainant states that Mateo Contreras Albino, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

This Complaint and Statement of Facts is based on reports, interviews of witnesses, review of video, and an interview of Homeland Security Investigations (HSI) Special Agent (SA) E. Jordan by HSI SA Luis Martinez.

On July 8, 2025, at approximately 2:30 PM, Edgar Contreras ("CONTRERAS"), a United States citizen, was detained for striking an HSI SA, E. Jordan, in the abdomen with an automobile door.

HSI personnel were conducting an enforcement operation in San Diego, California. During the enforcement operation, HSI investigators developed reasonable suspicion, via database queries, that a Nissan Titan was being driven by an undocumented alien. Immigration Customs Enforcement (ICE) vehicles activated their agency issued lights and pulled the vehicle over. Law enforcement, bearing police markings on their tactical gear, effected the arrest against the undocumented alien for being unlawfully present in the United States.

Following the arrest of the undocumented alien, CONTRERAS, who was the passenger in the vehicle, ignored law enforcement commands to maintain his hands visible and remain in the vehicle. CONTRERAS repeatedly attempted to exit the vehicle, violently striking HSI SA E. Jordan with the door causing the agent to step back to refrain from falling. CONTRERAS was extracted from the vehicle, handcuffed, and detained. HSI personnel attempted to handcuff CONTRERAS, but

1

he fought to break free, leading multiple Agents to take him to the ground, where he ignored verbal commands and violently thrashed his limbs with all his strength. Agents continued to give verbal commands, and after a prolonged resistance by CONTRERAS, HSI personnel placed him into handcuffs and stood him up on his feet.

Shortly after his detainment, HSI personnel attempted to loosen the handcuffs on CONTRERAS. Upon releasing of the handcuffs, CONTRERAS pulled his arm away and forcefully broke free. CONTRERAS attempted to aggressively push past HSI personnel again. HSI personnel grabbed his arms again and took him to the ground, where once again, he continued to violently pull away his arms to break free with all his strength. After a prolonged resistance by Edgar CONTRERAS, Agents were able to place him into handcuffs again.

During this incident, CONTRERAS caused numerous abrasions to HSI personnel's arms, knees and head injuries that resulted in bleeding and bruises. These injuries were documented with photographs.

While being transported by agents, CONTRERAS spontaneously uttered, to the effect of, "come on you have to give me a point -- I took on four, five, six of you [agents/officers]".

During post arrest interview, CONTRERAS admitted to opening the door that hit SA E. Jordan. CONTRERAS claims the automobile door was pressed against his leg and he was attempting to exit the vehicle to get to his father.

CONTRERAS was arrested and charged with violation Title 18, United States Code, 111, Assault of a Federal Officer.

Material witness, Contreras Albino was interviewed and claimed to have witnessed the altercation.